UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Davis,

                      Plaintiff(s)

      -against-

PepsiCo, Inc. et al,

                      Defendant(s).
---------------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

7:26-CV-00405 (CS)

A Status Conference is scheduled for **February 23, 2026 at 10:15 a.m.** before the Honorable Cathy Seibel at the Charles L. Brieant United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 621. **The Court directs counsel for Plaintiff(s) in cases: 7:25-CV-06440 (CS), 7:25-CV-10397 (CS), 7:25-CV-10571 (CS), 7:25-CV-10633 (CS), 7:25-CV-10698 (CS), 7:26-CV-00329 (CS), and 7:26-CV-00405 (CS) to confer in advance of this conference as to how they wish to proceed in the cases.**

                                          /s/ Walter Clark, Courtroom Deputy

Dated:   February 4, 2026
            White Plains, New York